(No. 6074— )

SANDOR KIRSCHE, d/b/a THRIFTY FOOD MART, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 30, 1971.*

SILBERMAN AND SILBERMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

257

PERLIN, C.J.